IN RE THE APPLICATIONS FOR GUN PERMITS OF DREW E.
PREIS AND GARY R. CLINE.

January 30, 1989.

Petition for certification granted.

JACOB WINTERS v. ARGENT INDUSTRIES, INC.

January 31, 1989.

Petition for certification denied.

BESSEMER TRUST COMPANY v. ESMOND BRADLEY MARTIN
AND PETER A.B. MARTIN, JR., ET AL.

January 31, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY GAY.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.